Thomas Lewicki, appellee, v. John Bonarski, appellant. Gen. No. 27,281.

Action for malicious prosecution. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed with finding of fact. Opinion filed October 3, 1922.

Trainor & Trainor, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

John Geringer and James Storkan, appellants, v. Harry Rendell, alias Harry Rondell, appellee. Gen. No. 27,394.

Order setting aside for error *coram nobis* a judgment against defendant in an action of assumpsit. Appeal from the Circuit Court of Cook county; the Hon. George F. Rush, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 3, 1922.

Walter Truc, for appellants. Benjamin E. Cohen, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Frank Ehrenheim, by Frank J. Ehrenheim, appellee, v. Yellow Cab Company, appellant. Gen. No. 27,418.

Action for personal injuries to a boy knocked down and run over by defendant's taxicab. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and remanded. Opinion filed October 3, 1922.

D'Ancona & Pflaum and John E. Kehoe, for appellant; Benjamin Samuels, of counsel. P. W. Sullivan and Lee D. Mathias, for appellee; C. L. Todd, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Thomas H. Willis, surviving partner of H. H. Walker & Company, defendant in error, v. James Moran et al., plaintiffs in error. Gen. No. 27,479.

Action of forcible detainer. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Opinion filed October 3, 1922. Rehearing denied and opinion modified October 16, 1922.

William A. Cunnea and Richard P. Poulton, for plaintiffs in error; John M. Humphrey, of counsel. N. P. Jones, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

Courtney R. Merrill, surviving partner of John McCabe & Company, trading as Union Bank of South Chicago, plaintiff in error. v. Joseph M. Kranz and Peter Sadowski, defendants in error. Gen. No. 27,525.

Assumpsit by a surviving partner upon promissory notes. Judgment for defendants. Error to the County Court of Cook county; the Hon. Frank S. Righeimer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Opinion filed October 3, 1922.

William Graham and Roy C. Merrick, for plaintiff in error. Peden, Graydon, Kahn & Murphy, for defendants in error.

Mr. Justice Gridley delivered the opinion of the court.